UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CREATIVE SYSTEM DYNAMICS, <br> Plaintiff | \* <br> \* <br> \* <br> \* |
| v. | \* <br> \* |
| PARAMETRIC TECHNOLOGY <br> CORPORATION, <br> Defendant | \* <br> \* <br> \* |

04 CV 10575 PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CORPORATE DISCLOSURE STATEMENT
FOR PLAINTIFF CREATIVE SYSTEM DYNAMICS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of Civil Procedure, plaintiff Creative System Dynamics states that is has no parent corporation and that no publicly held company owns 10% or more of its stock.

CREATIVE SYSTEM DYNAMICS
by its attorneys,

SCOTT A. LATHROP & ASSOCIATES

_____
Scott A. Lathrop (BBO No. 287820)
122 Old Ayer Road
Groton, MA  01450
(978) 448-8234

and

1

>Dykema Gossett
>Sherrie L. Farrell (P57205)
>400 Renaissance Center
>Detroit, MI 48243
>(313) 568-6800

Dated:   March 24, 2004