**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

C. A. No. 04cv10575 PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CREATIVE SYSTEM DYNAMICS, | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| PARAMETRIC TECHNOLOGY | * |
| CORPORATION, | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION PRO HAC VICE
## OF SHERRIE L. FARRELL

In accordance with the Rules of Civil Procedure, Scott A. Lathrop, an attorney admitted to practice before this Court, hereby moves that this Honorable Court admit *pro hac vice* Sherrie L. Farrell for purpose of serving as co-counsel in the above caption case. In support of this motion, the undersigned attorney submits herewith the Affidavit of Sherrie L. Farrell and states that she will act as co-counsel of record in this matter.

Scott A. Lathrop, an attorney of Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450, (978) 448-8234 and a member of the bar of this Court, supports this application and shall also appear on behalf of the Plaintiff. Mr. Lathrop and his office will receive service of pleadings, documents and communications from Defendant, its counsel and the Court on behalf of the Plaintiff.

1

**WHEREFORE** the undersigned counsel respectfully requests that this Honorable Court admit *pro hac vice* Attorney Sherrie L. Farrell for purposes of the above captioned litigation.

CREATIVE SYSTEM DYNAMICS
by its attorneys,

SCOTT A. LATHROP & ASSOCIATES

*/s/ Scott A. Lathrop*
Scott A. Lathrop (BBO No. 287820)
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234

Dated:   April 2, 2004

### Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing motion on the defendant by mailing this day a copy to the last known address of its Attorney of Record.

*/s/ Scott A. Lathrop*
Scott A. Lathrop

Dated:  April 2, 2004