UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CREATIVE SYSTEM DYNAMICS, a
Michigan corporation,
Plaintiff

Case No. 04-cv 10575 PBS

v.

PARAMETRIC TECHNOLOGY
CORPORATION, a Massachusetts
corporation,
Defendant.

**AFFIDAVIT OF SHERRIE L. FARRELL
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Sherrie L. Farrell, of Detroit, Michigan, hereby deposes and states as follows:

1.    I have been licensed to practice in the State and Federal Courts of Michigan since 1997.

2.    There are no disciplinary actions pending against me as a member of the bar in any of the above-listed jurisdictions.

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.    I am an attorney with the law firm of Dykema Gossett, PLLC, representing Plaintiff Creative Systems Dynamics in the above-captioned action.

5.    Attached is my Certificate of Good Standing.

Signed under the pains and penalties of perjury this ⎍st⎍ day of April, 2004

CREATIVE SYSTEM DYNAMICS
by its attorneys,

SCOTT A. LATHROP & ASSOCIATES
Scott A. Lathrop (BBO-NO-287820)
122 Old Ayer Road
Groton, MA  01450
(978) 448-8234

and

DYKEMA GOSSETT

_Sherrie L. Farrell_
Sherrie L. Farrell (P57205)
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800

Date:  April 1, 2004

DET01\399404.1
ID\SLF



# State Bar of Michigan

## Certificate

### of Good Standing

This certifies that Sherrie L. Farrell, P57205 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing. She was admitted to practice in Michigan on November 12, 1997 in Wayne County.



_Chad Sluss_ (signature)

Chad Sluss
Member Services
March 12, 2004

# Scott A. Lathrop & Associates

Scott A. Lathrop, P.C.
Beatrice T. Heveran, Esq.

**ATTORNEYS-AT-LAW**
slathrop@LathropLawOffices.com
www.LathropLawOffices.com

122 Old Ayer Road
Groton, MA 01450
Phone: (978) 448-8234
Fax: (978) 448-8244

Friday, April 02, 2004

Civil Clerk
U.S. District Court
U.S. Courthouse
1 Courthouse Way, Room 2300
Boston, MA 02110

Re:  Creative System Dynamics v. Parametric Technology Corp., No. 04cv10575 PBS

Dear Sir/Madam:

Please file the enclosed Motion for Admission Pro Hac Vice of Sherrie L. Farrell.

Very truly yours,

Scott A. Lathrop

cc:    Aaron C. von Statts, Esq.
       Sherrie L. Farrell, Esq.