UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 04cv10575 PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CREATIVE SYSTEM DYNAMICS,     \*
        Plaintiff     \*
    \*
    \*
v.     \*
    \*
PARAMETRIC TECHNOLOGY     \*
CORPORATION,     \*
        Defendant     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Creative System Dynamics hereby dismisses the above-entitled action be dismissed with prejudice and without costs to either party.

CREATIVE SYSTEM DYNAMICS
by its attorneys,

SCOTT A. LATHROP & ASSOCIATES

_/s/ Scott A. Lathrop_
Scott A. Lathrop (BBO No. 287820)
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234

and

Dykema Gossett
Sherrie L. Farrell (P57205)
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800

Dated: May 4, 2004

1